JOHN J. NELSON (State Bar No. 317598)
jjn@classactionlaw.com
FINKELSTEIN & KRINSK LLP
550 West C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE SISK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DR'S OWN, INC. a Delaware Corporation; and GOOD FEET WORLDWIDE LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02079-LAB-MSB<br><br>**NOTICE OF JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE ENTIRE CASE**<br><br>Judge:  Hon. Larry Allen Burns<br>Crtrm.:  14A |

Plaintiff, Renee Sisk, and defendants, Dr.'s Own, Inc and Good Feet Worldwide LLC., through their undersigned counsel, hereby stipulate and agree that all of Plaintiff's individual claims in the above-captioned action are hereby dismissed with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, the parties stipulate to dismiss the above-captioned action with prejudice. No class was certified in the above-captioned action. Thus, the dismissal of the action does not prejudice and is without prejudice as to all unnamed putative class members.

Respectfully submitted,

DATED: 1/10/20                    FINKELSTEIN & KRINSK LLP

By: _/s/_____
    JOHN J. NELSON
    Email: jjn@classactionlaw.com
    Attorneys for PLAINTIFF RENEE SISK

DATED: 1/10/20                    DLA PIPER LLP (US)

By: _/s/_____
    CHRISTOPHER M. YOUNG
    Email: christopher.young@dlapiper.com

    Attorneys for DEFENDANTS DR.'S OWN,
    INC. and GOOD FEET WORLDWIDE, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Christopher M. Young, counsel for Defendant, and that I have obtained Mr. Young's authorization to affix his electronic signature to this document.

*/s/*
_____
John J. Nelson